# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dalton, Jr., Roy B. | U.S. District Court, Middle District of Florida | 05/11/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

401 West Central Blvd., Suite 4750
Orlando, FL 32801

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Rugby Property, LLC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/11/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Rugby Property, LLC - Management Fee |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/11/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | New Traditions Bank | Mortgage on Rental Property #1, Orlando, FL (Part VII, line 3) | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rugby Property, LLC: (Passive Investment as General Partner) | | | | | | | | | |
| 2. - Seaside Bank Account | | None | J | T | | | | | |
| 3. - Rental Property #1 (Orlando, FL) $720,000 | F | Rent | O | W | | | | | |
| 4. - Rental Property #2 (Pensacola, FL) $440,000 | D | Rent | N | W | | | | | |
| 5. ITB Premium Fund I, LTD - Limited Interest (No Control) | | None | | | Distributed | 12/31/13 | O | | |
| 6. Government Personnel Mutual Whole Life | A | Interest | J | T | | | | | |
| 7. Seaside Bank Accounts | | None | K | T | | | | | |
| 8. John Hancock Guaranteed Universal Life Policy | | None | M | T | | | | | |
| 9. Lord Abbett (IRA #1) (Money Market Account) | A | Interest | K | T | | | | | |
| 10. Limited Partnership Interest in ITB Premium Fund II, LTD (IRA #2) | | None | M | U | | | | | |
| 11. Working Interest - Baldwin, Clay County, TX | A | Royalty | J | W | | | | | |
| 12. Working Interest - Butler, Palo Pinto County, TX (Y) | | | | | | | | | |
| 13. Working Interest - Cato #11, Hardeman County, TX | D | Royalty | J | W | | | | | |
| 14. Working Interest - Gibson 1, Cottle County, TX | A | Royalty | J | W | | | | | |
| 15. Working Interest - Gibson A-1, Cottle County, TX (Y) | | | | | | | | | |
| 16. Working Interest - Hamilton #2, Palo Pinto County, TX | A | Royalty | J | W | | | | | |
| 17. Working Interest - Lytle Unit, Hardeman County, TX | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/11/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Working Interest - Mayfield, Clay County, TX | A | Royalty | J | W | | | | | |
| 19. Working Interest - McLellan- Swofford, Hardeman County, TX | B | Royalty | J | W | | | | | |
| 20. Working Interest - McNeese West, Hardeman County, TX | B | Royalty | J | W | | | | | |
| 21. Working Interest - Minshew Unit, Hardeman County, TX | B | Royalty | J | W | | | | | |
| 22. Working Interest - Smith Eagle Creek #1, Nolan County, TX | A | Royalty | J | W | | | | | |
| 23. Working Interest - Smith Eagle Creek #2, Nolan County, TX | | None | J | W | | | | | |
| 24. Working Interest - Southern Cotton, Hardeman County, TX | E | Royalty | K | W | | | | | |
| 25. Working Interest - Stell #2, Clay County, TX | A | Royalty | J | W | | | | | |
| 26. Working Interest - Word #5, Hardeman County, TX | A | Royalty | J | W | | | | | |
| 27. Working Interest - Word #A-2, Hardeman County, TX | B | Royalty | J | W | | | | | |
| 28. Working Interest - Young, Hardeman County, TX | C | Royalty | J | W | | | | | |
| 29. Working Interest - Word #4, Hardeman County, TX | | None | J | W | | | | | |
| 30. Working Interest - Johnson #1, King County, TX | B | Royalty | J | W | | | | | |
| 31. Working Interest - Word #6, Hardeman County, TX | D | Royalty | J | W | Buy | 06/30/13 | K | | Corda Corporation |
| 32. - Three Shores Bancorporation, Common Stock | | None | M | T | | | | | |
| 33. Brokerage Account #1: | | | | | | | | | |
| 34. - Seaside Bank Sweep Fund | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Seaside Bank Sweep Fund | A | Interest | J | T | | | | | |
| 36. - Fidelity Advisor Floating Rate High Income Fund | A | Dividend | | | Buy (add'l) | 03/12/13 | K | | |
| 37. | | | | | Sold | 04/12/13 | L | A | |
| 38. - Vanguard GNMA Fund - ADM #536 Mutual Fund | B | Dividend | | | Sold (part) | 02/21/13 | J | A | |
| 39. | | | | | Sold (part) | 03/12/13 | L | A | |
| 40. | | | | | Sold (part) | 05/02/13 | K | A | |
| 41. | | | | | Sold (part) | 06/10/13 | J | A | |
| 42. | | | | | Sold | 06/12/13 | K | A | |
| 43. - Vanguard Limted Term Tax Exempt Fund #531 Mutual Find | B | Dividend | | | Sold (part) | 05/02/13 | L | A | |
| 44. | | | | | Sold | 06/17/13 | L | A | |
| 45. - Ishares Tr Barclays 1-3 Yr Treas Bond Fund Mutual Fund | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 46. - American Electrical Power Inc Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 47. - Apache Corp Common Stock | A | Dividend | | | Buy (add'l) | 03/19/13 | J | | |
| 48. | | | | | Sold | 05/01/13 | J | A | |
| 49. - Abbvie Inc. CommonStock | A | Dividend | | | Buy | 02/21/13 | J | | |
| 50. | | | | | Sold | 05/01/13 | J | A | |
| 51. - Astrazeneca PLC Sponsored ADR Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/11/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - AT&T Inc Common Stock | A | Dividend | | | Buy (add'l) | 02/15/13 | J | | |
| 53. | | | | | Sold | 05/01/13 | J | A | |
| 54. - BCE Inc. Common Stock | A | Dividend | | | Sold (part) | 01/15/13 | J | A | |
| 55. | | | | | Sold | 05/01/13 | J | A | |
| 56. - Becton Dickson & Co Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 57. - Berkley W R Corp Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 58. - BP PLC Sponsored ADR Common Stock | A | Dividend | | | Buy | 01/15/13 | J | | |
| 59. | | | | | Buy (add'l) | 02/21/13 | J | | |
| 60. | | | | | Buy (add'l) | 04/23/13 | J | | |
| 61. | | | | | Sold | 05/01/13 | J | A | |
| 62. - Bristol Myers Squibb Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 63. - Campbell Soup Co Common Stock | A | Dividend | | | Sold (part) | 02/27/13 | J | A | |
| 64. | | | | | Sold | 03/19/13 | J | A | |
| 65. - CenturyLink Inc Common Stock | | None | | | Sold | 02/21/13 | J | A | |
| 66. - Chevron Corp Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 67. - ConocoPhillips Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 68. - CVS Caremark Corp Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Dominion Resources Inc VA New Common Stock | A | Dividend | | | Buy (add'l) | 02/21/13 | J | | |
| 70. | | | | | Sold | 05/01/13 | J | A | |
| 71. - Duke Energy Hldg Corp Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 72. - Exelon Corp Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 73. - Expeditors Int'l Wash Inc. Common Stock | | None | | | Sold | 05/01/13 | J | A | |
| 74. - France Telecom Sponsored ADR Common Stock | | None | | | Sold | 05/01/13 | J | A | |
| 75. - Franco Nevada Corp Common Stock | | | | | Buy | 04/26/13 | J | | |
| 76. | | | | | Sold | 05/01/13 | J | A | |
| 77. - Glaxosmithkline PCL Sponsored ADR Common Stock | A | Dividend | | | Sold (part) | 04/23/13 | J | A | |
| 78. | | | | | Sold | 05/01/13 | J | A | |
| 79. - HCP Inc. Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 80. - Health Care Reit Inc. Common Stock | A | Dividend | | | Buy (add'l) | 02/21/13 | J | | |
| 81. | | | | | Sold | 05/01/13 | J | A | |
| 82. - Heinz HJ Co Common Stock | | None | | | Sold | 02/21/13 | J | A | |
| 83. - Johnson & Johnson Common Stock | A | Dividend | | | Sold (part) | 04/05/13 | J | A | |
| 84. | | | | | Sold (part) | 05/01/13 | J | A | |
| 85. | | | | | Sold | 05/01/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Kimberly Clark Corp. Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 87. - Lilly Eli & Co Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 88. - McDonalds Corp. Common Stock | A | Dividend | | | Sold (part) | 02/21/13 | J | A | |
| 89. | | | | | Sold | 05/01/13 | J | A | |
| 90. - Medtronic Inc. Common Stock | A | Dividend | | | Sold (part) | 01/22/13 | J | A | |
| 91. | | | | | Sold | 05/01/13 | J | A | |
| 92. - Merck & Co. Inc. Common Stock | A | Dividend | | | Buy (add'l) | 02/21/13 | J | | |
| 93. | | | | | Sold | 05/01/13 | J | A | |
| 94. - Microsoft Corp. Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 95. - Molson Coors Brewing Co. CL B | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 96. - National Grid PLC Sponsored ADR New Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 97. - Newmont Mining Corp. Common Stock | A | Dividend | | | Buy (add'l) | 03/19/13 | J | | |
| 98. | | | | | Sold (part) | 04/26/13 | J | A | |
| 99. | | | | | Sold | 05/01/13 | J | A | |
| 100. - Novartis AG Sponsored ADR Common Stock | A | Dividend | | | Sold (part) | 01/22/13 | J | A | |
| 101. | | | | | Sold (part) | 02/27/13 | J | A | |
| 102. | | | | | Sold | 05/01/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/11/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Paychex Inc. Common Stock | | None | | | Sold | 05/01/13 | J | A | |
| 104. - Peoples United Financial Inc. Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 105. - Pepsico Inc. Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 106. - PPL Corp. Common Stock | A | Dividend | | | Buy (add'l) | 02/21/13 | J | | |
| 107. | | | | | Sold | 06/17/13 | J | A | |
| 108. - Procter & Gamble Co. Common Stock | A | Dividend | | | Sold (part) | 02/04/13 | J | A | |
| 109. | | | | | Sold (part) | 04/05/13 | J | A | |
| 110. | | | | | Sold | 05/01/13 | J | A | |
| 111. - Royal Dutch Shell PLC Sponsored ADR Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 112. - Senior Housing PPTYs Tr Common Stock | A | Dividend | | | Buy | 02/21/13 | J | | |
| 113. | | | | | Sold | 05/01/13 | J | A | |
| 114. - Southern Co. Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 115. - Spectra Energy Corp. Common Stock | A | Dividend | | | Buy (add'l) | 02/04/13 | J | | |
| 116. | | | | | Sold | 05/01/13 | J | A | |
| 117. - Sysco Corp. Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 118. - Total SA Sponsored ADR Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 119. - Unilever PLC Sponsored ADR Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Vodafone Group PLC New Sponsored ADR Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 121. - Western Union Co. Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 122. - Windstream Corp. Common Stock (Y) | | | | | | | | | |
| 123. - Federated Strategic Value Dividend Fund | A | Dividend | | | Buy (add'l) | 05/02/13 | M | | |
| 124. | | | | | Sold | 06/18/13 | M | A | |
| 125. - First Eagle High Yield Fund | A | Dividend | | | Buy | 05/02/13 | K | | |
| 126. | | | | | Sold | 06/17/13 | K | A | |
| 127. - Oppenheimer Developing Market Fund | | None | | | Sold | 05/02/13 | J | A | |
| 128. - Pimco All Asset Fund CL I #34 Mutual Fund | B | Dividend | | | Sold | 06/18/13 | L | A | |
| 129. - Pimco Income Fund INS #1821 Mutual Fund | A | Dividend | | | Buy | 05/02/13 | L | | |
| 130. | | | | | Sold | 06/17/13 | L | A | |
| 131. - Pimco Low Duration Fund #36 Mutual Fund | A | Dividend | | | Buy | 06/12/13 | K | | |
| 132. | | | | | Sold | 06/17/13 | K | A | |
| 133. - Yacktman Fund Service Class f/k/a The Yacktman Fund | | None | | | Buy (add'l) | 05/02/13 | J | | |
| 134. | | | | | Sold | 06/18/13 | K | A | |
| 135. - Thornberg International Value Fund Class I #209 Mutual Fund | A | Dividend | | | Sold | 05/02/13 | K | A | |
| 136. - Thornberg Investment Income Builder Fund Class I #261 Mutual Fund | A | Dividend | | | Buy | 05/02/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 06/18/13 | K | A | |
| 138. - Touchstone Sands Capital Select Growth Fund Class Y#342 Mutual Fund | | None | | | Buy | 05/02/13 | K | | |
| 139. | | | | | Sold | 06/18/13 | K | A | |
| 140. - T Rowe Price Institutional Floating Rate Fund #170 Mutual Fund | A | Dividend | | | Buy | 04/12/13 | L | | |
| 141. | | | | | Sold (part) | 05/02/13 | K | A | |
| 142. | | | | | Sold | 06/17/13 | L | A | |
| 143. - Vanguard Dividend Growth Fund #57 Mutual Fund | | None | | | Buy (add'l) | 05/02/13 | J | | |
| 144. | | | | | Sold | 06/18/13 | K | A | |
| 145. - Vanguard Short Term Investment Grade Adm 539 Mutual Fund | A | Dividend | | | Buy | 03/12/13 | K | | |
| 146. | | | | | Sold | 06/17/13 | K | A | |
| 147. - Vanguard Total Stock Market Index Fund SG - #1341 Mutual Fund | | None | | | Buy | 05/02/13 | K | | |
| 148. | | | | | Sold | 06/18/13 | L | A | |
| 149. - Market Vectors ETF Tr Agribusiness Exchange Traded Fund | | None | | | Sold | 06/20/13 | K | A | |
| 150. - Sprott Physical Gold Tr Unit Mutual Fund | | None | | | Sold | 05/01/13 | J | A | |
| 151. - Three Shores Bancorporation, Common Stock | | None | M | T | | | | | |
| 152. | | | | | | | | | |
| 153. Brokerage Account #2: | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Seaside Bank Account | | None | J | T | | | | | |
| 155. - Seaside Bank Account | A | Interest | K | T | | | | | |
| 156. - Alaska Mun BD BK Alaska Mun B Rev Municipal Bond | C | Interest | | | Sold | 06/25/13 | L | A | |
| 157. - California St Univ Rev Sys Rev Bds Municipal Bond | A | Interest | | | Sold | 06/25/13 | K | A | |
| 158. - California St Univ Rev System Wide Municipal Bond | A | Interest | J | T | | | | | |
| 159. - Cedar Park Tex Util Sys Rev Ref Municipal Bond | A | Interest | | | Sold | 06/25/13 | J | A | |
| 160. - Cedar Park Tex Util Sys Rev Ref Municipal Bond | A | Interest | | | Sold | 06/25/13 | K | A | |
| 161. - Columbia SC CTFS Partn Tourism Dev Municipal Bond | B | Interest | | | Sold | 06/03/13 | K | A | |
| 162. - Delaware Transn Auth Transn Sys Sr Rev Bds Municipal Bond | A | Interest | K | T | | | | | |
| 163. - Energy Northwest Wash Elec Rev Municipal Bond | B | Interest | | | Sold | 05/01/13 | K | A | |
| 164. - Franklin Ind Cmnty Multi Sch B First Municipal Bond | B | Interest | L | T | | | | | |
| 165. - Hollywood Fla Wtr & Swr Rev Wtr and Swr Ref and Impt 4.00% | B | Interest | | | Sold | 06/25/13 | L | A | |
| 166. - Indiana Fin Autho Hwy Rev Municipal Bond | B | Interest | L | T | | | | | |
| 167. - Jacksonville Fla Sales Tax Rev Sales Municipal Bond | B | Interest | | | Sold | 06/25/13 | L | A | |
| 168. - Lauderhill Fla Wtr & Swr Rev Municipal Bond | B | Interest | L | T | | | | | |
| 169. - Nassau Cnty NY Interim Fin Auth Municipal Bond 4.00% | A | Interest | | | Sold | 06/25/13 | K | A | |
| 170. - New Jersey St CTFS Partn Equip Lease Municipal Bond | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - New York NY City Transitional Fin Auth Municipal Bond | B | Interest | K | T | | | | | |
| 172. - New York St Dorm Auth Revs Ref Secd Municipal Bond | C | Interest | L | T | | | | | |
| 173. - Phoenix Ariz Civic Impt Corp Transit Municipal Bond | B | Interest | K | T | | | | | |
| 174. - Pickerington Ohio Loc Sch Dist Sch Municipal Bond | B | Interest | | | Sold | 12/02/13 | K | A | |
| 175. - Pierce Cnty Wash Sch Dist No 4 Municipal Bond | B | Interest | L | T | | | | | |
| 176. - Seattle Wash RFDG Municipal Bond | C | Interest | L | T | | | | | |
| 177. - Van Buren TWP Mich LOC Dev Fin Auth Municipal Bond | B | Interest | | | Sold | 05/01/13 | K | A | |
| 178. - Fidelity Advisor Floating Rate High Income Fund #279 Mutual Fund | A | Dividend | | | Buy (add'l) | 03/12/13 | J | | |
| 179. | | | | | Sold | 04/12/13 | L | B | |
| 180. - Vanguard GNMA Fund #36 Mutual Fund | A | Dividend | | | Sold (part) | 03/12/13 | K | A | |
| 181. | | | | | Sold (part) | 05/02/13 | J | A | |
| 182. | | | | | Sold | 06/12/13 | J | A | |
| 183. - Vanguard Inter Term T/E Fund #542 Mutual Fund | B | Dividend | | | Sold (part) | 01/15/13 | J | A | |
| 184. | | | | | Sold (part) | 02/05/13 | J | A | |
| 185. | | | | | Sold (part) | 06/13/13 | K | A | |
| 186. | | | | | Sold | 06/20/13 | K | A | |
| 187. - Vanguard Sht Term Invt Grade Adm 539 Mutual Fund | A | Dividend | K | T | Sold (part) | 02/05/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 03/12/13 | J | | |
| 189. | | | | | Buy (add'l) | 04/16/13 | K | | |
| 190. | | | | | Sold (part) | 05/02/13 | L | A | |
| 191. | | | | | Sold (part) | 12/12/13 | J | A | |
| 192. - Ishares Tr Barclays 1-2 Yr Treas Bd Fund Mutual Fund | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 193. - American Electrical Power Inc Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 194. - Apache Corp Common Stock | A | Dividend | | | Buy (add'l) | 03/19/13 | J | | |
| 195. | | | | | Sold | 05/01/13 | J | A | |
| 196. - Abbvie Inc. Common Stock | A | Dividend | | | Buy | 02/21/13 | J | | |
| 197. | | | | | Sold | 05/01/13 | J | A | |
| 198. - Astrazeneca PLC Sponsored ADR Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 199. - AT&T Inc Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 200. - BCE Inc. Common Stock | A | Dividend | | | Sold (part) | 01/15/13 | J | A | |
| 201. | | | | | Sold | 05/01/13 | J | A | |
| 202. - Becton Dickson & Co Common Stock | A | Dividend | | | Sold (part) | 02/20/13 | J | A | |
| 203. | | | | | Sold | 05/01/13 | J | A | |
| 204. - Berkley WR Corp Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/11/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  - BP PLC Sponsored ADR Common Stock | A | Dividend | | | Buy | 01/15/13 | J | | |
| 206. | | | | | Buy (add'l) | 02/21/13 | J | | |
| 207. | | | | | Buy (add'l) | 04/23/13 | J | | |
| 208. | | | | | Sold | 05/01/13 | J | A | |
| 209.  - Bristol Myers Squibb Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 210.  - Campbell Soup Co. Common Stock | | None | | | Sold (part) | 02/27/13 | J | A | |
| 211. | | | | | Sold | 03/19/13 | J | A | |
| 212.  - CenturyLink Inc Common Stock | | None | | | Sold | 02/21/13 | J | A | |
| 213.  - Chevron Corp Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 214.  - ConocoPhillips Common Stock | A | Dividend | | | Sold | 05/01/13 | J | B | |
| 215.  - CVS Caremark Corp Common Stock | A | Dividend | | | Sold | 05/01/13 | J | B | |
| 216.  - Dominion Resources Inc Va New Common Stock | A | Dividend | | | Buy (add'l) | 02/21/13 | J | | |
| 217. | | | | | Sold | 05/01/13 | J | A | |
| 218.  - Duke Energy Corp New Common Stock | A | Dividend | | | Sold | 05/01/13 | J | B | |
| 219.  - Exelon Corp Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 220.  - Expeditors Int'l Wash Inc. Common Stock | | None | | | Sold | 05/01/13 | J | A | |
| 221.  - France Telecom Sponsored ADR Common Stock | | None | | | Sold | 05/01/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/11/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  - Franco Nevada Corp Common Stock | | None | | | Buy | 04/26/13 | J | | |
| 223. | | | | | Sold | 05/01/13 | J | A | |
| 224.  - Glaxosmithkline PCL Sponsored ADR Common Stock | A | Dividend | | | Sold (part) | 04/23/13 | J | A | |
| 225. | | | | | Sold | 05/01/13 | J | A | |
| 226.  - HCP Inc. Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 227.  - Health Care Reit Inc. Common Stock | A | Dividend | | | Buy (add'l) | 02/21/13 | J | | |
| 228. | | | | | Sold | 05/01/13 | J | B | |
| 229.  - Heinz HJ Co Common Stock | | None | | | Sold | 02/21/13 | J | B | |
| 230.  - Johnson & Johnson Common Stock | A | Dividend | | | Sold (part) | 05/01/13 | J | B | |
| 231. | | | | | Sold | 05/01/13 | J | B | |
| 232.  - Kimberly Clark Corp. Common Stock | A | Dividend | | | Sold | 05/01/13 | J | B | |
| 233.  - Lilly Eli & Co Common Stock | A | Dividend | | | Sold | 05/01/13 | J | B | |
| 234.  - McDonalds Corp. Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 235.  - Medtronic Inc. Common Stock | A | Dividend | | | Sold (part) | 01/22/13 | J | A | |
| 236. | | | | | Sold | 05/01/13 | J | A | |
| 237.  - Merck & Co. Inc. New Common Stock | A | Dividend | | | Buy (add'l) | 02/21/13 | J | | |
| 238. | | | | | Sold | 05/01/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Microsoft Corp. Common Stock | A | Dividend | | | Sold | 05/01/13 | J | B | |
| 240. - Molson Coors Brewing Co. CL B Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 241. - National Grid PLC Sponsored ADR New Common Stock | A | Dividend | | | Sold | 05/01/13 | J | B | |
| 242. - Newmont Mining Corp. Common Stock | A | Dividend | | | Buy (add'l) | 03/19/13 | J | | |
| 243. | | | | | Sold (part) | 04/26/13 | J | A | |
| 244. | | | | | Sold | 05/01/13 | J | A | |
| 245. - Novartis AG Sponsored ADR Common Stock | A | Dividend | | | Sold (part) | 02/27/13 | J | A | |
| 246. | | | | | Sold | 05/01/13 | J | B | |
| 247. - Paychex Inc. Common Stock | | None | | | Sold | 05/01/13 | J | A | |
| 248. - Peoples United Financial Inc. Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 249. - Pepsico Inc. Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 250. - PPL Corp. Common Stock | A | Dividend | | | Buy (add'l) | 02/21/13 | J | | |
| 251. | | | | | Sold | 05/01/13 | J | A | |
| 252. - Procter & Gamble Co. Common Stock | A | Dividend | | | Sold (part) | 02/04/13 | J | A | |
| 253. | | | | | Sold (part) | 04/05/13 | J | A | |
| 254. | | | | | Sold | 05/01/13 | J | A | |
| 255. - Royal Dutch Shell PLC Sponsored ADR Common Stock | | None | | | Sold | 05/01/13 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/11/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Senior Housing PPTYs Tr Sh Ben Int Common Stock | A | Dividend | | | Buy | 02/21/13 | J | | |
| 257. | | | | | Sold | 05/01/13 | J | A | |
| 258. - Southern Co. Common Stock Stock | A | Dividend | | | Sold | 05/01/13 | J | B | |
| 259. - Spectra Energy Corp. Common Stock | A | Dividend | | | Buy (add'l) | 02/04/13 | J | | |
| 260. | | | | | Sold | 05/01/13 | J | A | |
| 261. - Sysco Corp. Common Stock | A | Dividend | | | Sold | 05/01/13 | J | B | |
| 262. - Total SA Sponsored ADR Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 263. - Unilever PLC Sponsored ADR Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 264. - Vodafone Group PLC New Sponsored ADR Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 265. - Western Union Co. Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 266. - Windstream Corp. Common Stock | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 267. - First Eagle High Yield Fund Class I #818 Mutual Fund | B | Dividend | K | T | Buy | 05/02/13 | K | | |
| 268. - Franklin Low Duration Total Return Fund - ADV #621 Mutual Fund | A | Dividend | K | T | Buy | 07/25/13 | J | | |
| 269. | | | | | Buy (add'l) | 12/09/13 | J | | |
| 270. - Eagle MLP Strategy Fund Class I #445 | A | Dividend | K | T | Buy | 07/25/13 | K | | |
| 271. | | | | | Buy (add'l) | 12/09/13 | K | | |
| 272. - American Funds - Fundemental Investors - F2 Mutual Fund | A | Dividend | | | Sold | 04/16/13 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Federated Strategic Value Dividend Fund IS #662 Mutual Fund | C | Dividend | M | T | Buy (add'l) | 05/02/13 | M | | |
| 274. | | | | | Sold (part) | 06/02/13 | K | B | |
| 275. - Pimco All Asset Fund CL I #34 Mutual Fund | A | Dividend | | | Buy (add'l) | 05/02/13 | K | | |
| 276. | | | | | Sold (part) | 06/02/13 | J | A | |
| 277. | | | | | Sold | 07/26/13 | K | A | |
| 278. - Pimco Income Fund - INS #1821 Mutual Fund | A | Dividend | | | Buy | 05/02/13 | K | | |
| 279. | | | | | Sold | 07/26/13 | K | A | |
| 280. - Pimco Low Duration Fund #36 Mutual Fund | A | Dividend | | | Buy | 06/12/13 | J | | |
| 281. | | | | | Sold | 07/25/13 | J | A | |
| 282. - Yacktman Fund Service Class f/k/a The Yacktman Fund | A | Dividend | K | T | Sold (part) | 06/20/13 | J | B | |
| 283. - Thornberg Investment Income Builder Fund Class I #261 | A | Dividend | K | T | Buy | 05/02/13 | K | | |
| 284. | | | | | Sold (part) | 06/20/13 | J | A | |
| 285. | | | | | Sold (part) | 11/07/13 | J | A | |
| 286. -Touchstone Sands Capital Select Growth Fund Class Y #342 Mutual Fund | | None | K | T | Buy | 05/02/13 | K | | |
| 287. | | | | | Sold (part) | 06/20/13 | J | A | |
| 288. - T Rowe Price Institutional Floating Rate Fund #170 Mutual Fund | B | Dividend | L | T | Buy | 04/12/13 | L | | |
| 289. | | | | | Sold (part) | 05/02/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 11/07/13 | J | A | |
| 291. | | | | | Buy (add'l) | 12/09/13 | J | | |
| 292. - Vanguard Dividend Growth Fund #57 Mutual Fund | A | Dividend | L | T | Buy | 04/16/13 | K | | |
| 293. | | | | | Buy (add'l) | 05/02/13 | K | | |
| 294. | | | | | Sold (part) | 06/20/13 | J | A | |
| 295. | | | | | Buy (add'l) | 12/09/13 | K | | |
| 296. - Vanguard Total Stock Market Index Fund - SG #1341 Mutual Fund | A | Dividend | L | T | Buy (add'l) | 04/16/13 | J | | |
| 297. | | | | | Buy (add'l) | 05/02/13 | K | | |
| 298. | | | | | Sold (part) | 06/20/13 | J | A | |
| 299. | | | | | Buy (add'l) | 12/09/13 | K | | |
| 300. - Vanguard Limited Term Tax-Exempt Fund #531 Mutual Fund | A | Dividend | | | Buy | 06/13/13 | K | | |
| 301. | | | | | Sold | 12/09/13 | K | A | |
| 302. -Wells Fargo Advantage Adjustable Rate Gov't Fund CL I #4118 Mutual Fd | A | Dividend | | | Buy | 07/26/13 | K | | |
| 303. | | | | | Sold (part) | 10/10/13 | J | A | |
| 304. | | | | | Sold (part) | 11/21/13 | J | A | |
| 305. | | | | | Sold | 12/09/13 | J | A | |
| 306. - Sprott Physical Gold Tr Unit Mutual Fund | | None | | | Sold | 05/01/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/11/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  - Three Shores Bancorporation Common Stock | | | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/11/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part I (Positions): Judge Dalton holds a limited partnership interest in the following entity:

A - ITB Premium Fund I, LTD.

His position in this entity is not listed in Part I due to the limited nature of his responsibilities. This partnership interest is instead reported as an asset held, which is disclosed in Part VII (Investments and Trusts).

2) Part VII (Investments and Trusts): The royalty income disclosed in Column B for each working interest is gorss income from the specific oil well.

3) Part VII (Investments and Trusts): The asset listed on line 122 of the 2013 Financial Disclosure Report was inadvertently omitted in 2012. There were no reportable transactions in 2012.

4) Part VII (Investments and Trusts): The asset listed on line 161 of the 2012 Financial Disclosure Report was a total sale.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Roy B. Dalton, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544